## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD D. BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:06-CV-01201-HTW-LTW |
| | ) | |
| NEOPOST, INC., d/b/a | ) | |
| NEOPOST USA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-captioned matter and pursuant to F.R.C.P. 41, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorney's fees.

This 5th day of March, 2012.

/s/ Kristina M. Anderson
Kristina M. Anderson *(signed by
L. Clint Crosby with express permission)*
Georgia Bar No. 017535

ANDERSON AND ANDERSON
211 York St., NE
Aiken, S.C.  29801

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Rd., NE
Atlanta, GA  30326

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1 (C) and 7.1 (D).

This 5th day of March, 2012.

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, Georgia 30326-1164
404-577-6000 – Telephone
404-221-6501 – Facsimile
ccrosby@bakerdonelson.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the Plaintiff in the foregoing matter with a copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** via the Court's ECF notification system addressed to:

Kristina M. Anderson, Esq.
Attorney for Plaintiff
211 York Street, N.E.
Aiken, SC 29801

This 5th day of March, 2012.

*/s/ L. Clint Crosby*
L. Clint Crosby, Esq.
Georgia Bar No. 197877
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, Georgia 30326-1164
404-577-6000 – Telephone
404-221-6501 – Facsimile
ccrosby@bakerdonelson.com

*Attorney for Defendant, Neopost, Inc.*

A LCC 2318403 v1
2790586-000007  03/05/2012